3

United States District Court
Southern District of Texas
ENTERED

MAR 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA and  \*
ERNEST GONZALEZ, Special Agent  \*
of the Internal Revenue Service  \*
                               \*
vs.                            \*   MISCELLANEOUS NO. B-99-012
                               \*
HORACE DANIEL CREWS            \*

## ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that HORACE DANIEL CREWS appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, **2nd** Floor Courtroom, 1001 E. Elizabeth Street, Brownsville, Texas, presided over by the undersigned, on the **19th** day of **April**, 1999, at **1:30** p.m., to show cause why he should not be compelled to obey the summons served on him, and that he file his written response to the Petition to enforce Internal Revenue Service Summons no later than three (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's exhibits attached thereto, be served upon HORACE DANIEL CREWS at a reasonable time prior to the time set for hearing.

SIGNED on this the **23rd** day of **March**, 1999 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

cc:   U. S. Attorney
      Brownsville, Texas

      Ernest Gonzalez
      Internal Revenue Service
      201 E. Monroe, Suite #2
      Harlingen, Texas  78550