United States District Court
Southern District of Texas
ENTERED

APR 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ERNEST GONZALEZ, Special Agent of the Internal Revenue Service | * * * |
| | * MISCELLANEOUS NO. B-99-012 |
| vs. | * * |
| HORACE DANIEL CREWS | * |

## ORDER

On April 19, 1999, a hearing was held on the government's Petition to Enforce Internal Revenue Service Summons. Assistant United States Attorney Nancy L. Masso appeared for the government; Horace Daniel Crews appeared pro se.

Having reviewed the petition, exhibits and arguments of the parties herein, this Court finds that the government's summons seeking handwriting exemplars is warranted and that all administrative actions required under 26 U.S.C. §7602, et. seq. have been completed. See United States v. Euge, 444 U.S. 707 (1980).

THEREFORE, IT IS ORDERED that respondent, Horace Daniel Crews, appear and provide handwriting exemplars to the petitioners no later than May 7, 1999.

Petitioner is ordered to provide a status report regarding compliance no later than May 10, 1999.

SIGNED on this the 19th day of April, 1999 in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE