

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA and ERNEST GONZALEZ, Special Agent of the Internal Revenue Service<br>Petitioners,<br><br>vs.<br><br>HORACE DANIEL CREWS,<br>Respondent. | *<br>*<br>*<br>*<br>*   Misc. No. B-99-012<br>*<br>*<br>*<br>* |

## ORDER OF DISMISSAL

Today this Court considered the Petitioners' Motion to Dismiss this action. Having reviewed the motion and noted that the Respondent has complied with the summons at issue and this Court's order of April 19, 1999, this Court finds that the motion should be granted.

THEREFORE, IT IS ORDERED that the Petition herein is DISMISSED.

Signed this _14th_ day of _September_, 1999, in Brownsville, Texas.

FILEMON B. VELA
United States District Judge
Southern District of Texas